IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Hawaii
Trial DIVISION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
08 Jan. 2021 5:43 AM lrs
Michelle Rynne, Clerk of Court

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Scott Lynn Ballering

-against-

Morgan Stanley LLC/
Morgan Stanley Smith Barney LLC
Morgan Stanley Bank NA
PHH Mortgage LLC
Mr. Joseph Miller
Ms. Leigh Thern
CSBS.ORG/NMLS

**Complaint for a Civil Case**
Case No. 21-00012-JAO-KJM

*(to be filled in by the Clerk's Office)*

Jury Trial:        Yes        ✔ No
*(check one)*

I. **The** Parties to This Complaint
   A. The Plaintiff

   Plaintiff
   Scott Lynn Ballering
   11806 NE 122nd Ave. Apt 242
   Vancouver Clark County
   Washington 98682
   Telephone Number 435-899-1945
   sl_ballering@hotmail.com

   B. The Defendant(s)

   Defendant No. 1
   Morgan Stanley LLC, Morgan Stanley Smith Barney LLC
   Street Address 1585 Broadway
   Midtown Manhattan, New York City - New York County
   New York 10036
   Telephone Number 1 212 761 4000 or (888) 454-3965

Defendant No. 2
Morgan Stanley Bank NA
201 S Main St # 500
Salt Lake City Salt Lake County
Utah 84111
Telephone Number 1 (801) 236-3600

Defendant No. 5
Mr. Joseph Miller Vice President/Branch Manager Financial Advisor
4545 West College Ave Ste 300
Appleton Outagamie County
Wisconsin 54914
(920) 832-9110
joseph.miller@morganstanley.com

Defendant No. 5
Ms. Leigh Thern Vice President Financial Advisor
4545 West College Ave Ste 300
Appleton Outagamie County
Wisconsin 54914
(920) 832-9110
leigh.thern@morganstanley.com

Defendant No. 6
CSBS.ORG/NMLS
1129 20th Street, NW, 9th Floor
Washington, DC 20036
(202) 296-2840
https://www.csbs.org/csbs-leadership

**II Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?

✔ Federal question    ✔ Diversity of citizenship

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Lack of Proper Businesses licenses in UT & WA
- Lack of being registered in the NMLS system in the markets they sold in
- NMLS did not enforce licensing on home loans on two different properties in two states

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, Scott L. Ballering, is a citizen of the State of Washington.

   b. If the plaintiff is a corporation NA.

2. The Defendant(s)

a. If the defendant is an individual
   The defendant, (name) see , is a citizen of the State of WI and others. Or is a citizen of  and others. (foreign nation)
      b. If the defendant is a corporation

The defendant, below , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* . Or is incorporated under the laws of *(foreign nation)* , and has its principal place of business in *(name)* .

3. The Amount in Controversy

Page 3 of 6 the Case of Scott Ballering <AGAINST> Morgan Stanley Smith Barney LLC, PHH Mortgage LLC, Mr. Miller, Ms. Thern, NMLS, Morgan Stanley Bank N.A.

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500,000 for each portion of the illegal mortgages per defendant paid tax free to Plaintiff. Two properties LAL type account used to initially purchase house at 2105 SE 130th Ave. Vancouver, WA , later refinanced with an ARM loan, three loans LAL account to initially purchase house at 3532 W 2610 S, which later became a second Mortgage and also a fixed rate Mortgage.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. They Morgan Stanley Bank & Morgan Stanley Smith Barney foreclosed on two Mortgages for no cause, one was a Liquid Liability Asset (LAL) Account the other a fixed rate mortgage. The Morgan Stanley Bank called in the securities that they held against the funds used to first purchase the house and later used as a second mortgage which caused me to stop payment on the mortgage even though both loans were being paid off on a monthly basis and up to date. The house was not built to national building codes and needs to be condemned. When I tried to sell the house I had to disclose that I then knew about defects which I did in a FSBO (For Sale By Owner) via a listing on Zillow.
2. My team, PHH Mortgage, Morgan Stanley Smith Barney did not have licenses via the city, State or county nor CSBS.ORG/NMLS to do business as Title Insurance, to Conduct Appraisals or sell Mortgages in both Washington state, Clark County, City of Vancouver or Utah state, Washington County, City of Hurricane in 2015 and 2017.
3. CSBS.ORG/NMLS for enforcing the licensing requirements of Mr. Miller, Ms. Thern, PHH Mortgage, Morgan Stanley Bank N.A. or Morgan Stanley Smith Barney LLC
4. I am unable to secure legal assistance even after contacting over 100 lawyers in 5 states (WI, MT, WA, OR, AZ and others) because Morgan Stanley LLC appears to contract out most of it's legal work which means finding a lawyer that does not have conflict of interest is difficult. I have even tried 7 different Law schools to hire a new graduate and the Law schools will not post my Job Listing because I am not a preferred client/company in WY, MT, WA, OR, ID.

5. Mr. Miller and MS. Thern did not receive their NMLS numbers until after both properties were purchased and all loans processed. Vancouver property was purchased in 2015 Hurricane in 2017.
6. All supporting 3+ gig of evidence can be found via this virtual drive **https://1drv.ms/u/s!AsH2lPeCUXBmgUK1uUfnNsv5Awd2?e=FSDlNf** or by the court subpoenaing my cell & email account sl_ballering@hotmail.com Information is contained in multiple folders

### IV Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- I request $500,000 for each portion of each of the transactions (Appraisal, Title Insurance & Mortgage) for the following reasons (no business licenses, no NMLS license and falsely closed the second undocumented mortgage on the LAL and possible discrimination) from each defendant, defendants to pay all taxes.
- These funds shall first come from all personal assets of the board, Complex Risk Management, major investors/owners/members, named defendants since they have and continue to pierce the veil of protection, then insurance and finally the balance from the company because the veil of protection has been pierced.
- Since they have continued to attack my reputation by filing fraudulent claims regarding the illegal mortgages I want my credit rating to be restored to pre 2017 status. (Excellent)
- Any charges and/or owed taxes against Myself or tax preparer Joseph Arnoldussen in regards to the IRS for incorrect tax preparation and payments be dropped.
- I request that the NMLS review every persons license each year and actively prosecute any persons not living up to their stated responsibilities by county, state and national requirements.
- All court costs & taxes be paid by Defendants

**V** Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will

likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**For Parties Without an Attorney**
I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 08, 2021.
Signature of Plaintiff "/S/ [Scott L. Ballering]"
Printed Name of Plaintiff  Scott Lynn Ballering